IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>SHAWN HOWIE<br>    Defendant,<br><br>and<br><br>YELLOW ROSE CAFE & BILLIARDS,<br>    Garnishee. | CASE NO. DNCW3:05-CR-277-8<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 753) filed June 5, 2015 for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 753) is **GRANTED**, and the Order of Continuing Garnishment filed in this case against Defendant Shawn Howie is **DISMISSED**.

Signed: June 7, 2015

David C. Keesler
United States Magistrate Judge